**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEFFREY GIBSON, | : | Civil No. 1:25-CV-01256 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPREME COURT UNITED STATES, | : | |
| | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

# MEMORANDUM

Before the court is the report and recommendation of United States Magistrate Judge Susan E. Schwab recommending that the court dismiss this action without prejudice because Plaintiff has failed to pay the filing fee or complete an application for leave to proceed *in forma pauperis*. (Doc. 18.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Schwab's analysis is well-reasoned and fully supported by the record and

applicable law. Accordingly, the court will adopt the report and recommendation, Doc. 18, and dismiss this action without prejudice. An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: October 21, 2026